COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Joseph Cordell Mouton v. The State of Texas

Appellate case number:   01-12-00643-CR

Trial court case number:   1273691

Trial court:              337th District Court of Harris County

The Texas Code of Criminal Procedure provides, in part: "If a criminal action or proceeding is . . . appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." *See* TEX. CODE CRIM. PROC. ANN. art.103.006 (West 2006).

The District Court Clerk is ORDERED to file a supplemental clerk's record with the Clerk of this Court that contains the following document: a certified and signed bill of costs. *See* TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2006); *see also* TEX. R. APP. P. 34.5(c), 44.3.

The supplemental clerk's record is to be filed with the Clerk of this Court by **June 13, 2013**.


        It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                        ☑ Acting individually    ☐ Acting for the Court


Date:  June 3, 2013